# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ALLEN SMITH,** | : | **CIVIL ACTION NO. 1:06-CV-2009** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DAUPHIN COUNTY ADULT PROBATION DEPARTMENT, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of November, 2006, upon consideration of the motion for leave to amend the complaint (Doc. 11), and it appearing that granting leave to amend would be in the interests of justice, see FED. R. CIV. P. 15(a) ("[A] party may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires."), it is hereby ORDERED that:

1. Plaintiff's motion for leave to amend the complaint (Doc. 11) is GRANTED.

2. The Clerk of Court is directed to remove the proposed document (Doc. 11, Ex. 1) from the docket and file it as an amended complaint as of the date of this order.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge