IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT ALLEN SMITH,** :  | CIVIL ACTION NO. 1:06-CV-2009 |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **DAUPHIN COUNTY ADULT** : | |
| **PROBATION DEPARTMENT**, et al., : | |
| Defendants : | |

## **ORDER**

AND NOW, this 14th day of December, 2006, upon consideration of *pro se* plaintiff's motion to stay (Doc. 15), requesting that plaintiff be afforded additional time in which to respond to the pending discovery requests of defendants Dauphin County Adult Probation Department, Adult Probation Officer Merino, and Adult Probation Officer Vines, and it appearing that such additional time is warranted because of plaintiff's incarceration, it is hereby ORDERED that:

1. Plaintiff's motion to stay (Doc. 15) is GRANTED.

2. Plaintiff shall respond to the above-referenced discovery requests on or before February 12, 2007.

                                                                         S/ Christopher C. Conner
                                                                         CHRISTOPHER C. CONNER
                                                                           United States District Judge